LAWRENCE G. BROWN
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CV-01534-OWW-SMS |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT AND FINAL** |
| ) | **JUDGMENT OF FORFEITURE** |
| v. ) | |
| ) | |
| 52" SAMSUNG FLAT SCREEN ) | |
| TELEVISION, MODEL NO. ) | |
| LN52A650A1FXZA, SERIAL NO. ) | |
| ALOT3CFQ7023042T, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed March 3, 2009. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge have passed and no timely objections have been filed. An Order Re: Findings and Recommendations Re: Plaintiff's Motion for Default Judgment was filed on August 4, 2009. Based on the Magistrate Judge's Findings and Recommendations Re: Plaintiff's Motion for Default Judgment, the Order Re: Findings and Recommendations, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's June 23, 2009 Findings and Recommendations Re: Plaintiff's Motion for Default Judgment in full.

1  2.  Elisa Leal, Vanessa Leal, Johanna Leal, and Jorge Leal are held in default.

2  3.  A judgment by default is hereby entered against any right, title, or interest in the defendant 52" Samsung Flat Screen Television, Model No. LN52A650A1FXZA, Serial No. ALOT3CFQ7023042T of Elisa Leal, Vanessa Leal, Johanna Leal, Jorge Leal, and all other potential claimants who have not filed claims in this action.

4.  A final judgment is hereby entered forfeiting all right, title, and interest in the defendant 52" Samsung Flat Screen Television, Model No. LN52A650A1FXZA, Serial No. ALOT3CFQ7023042T to the United States of America, to be disposed of according to law, including all right, title, and interest of Elisa Leal, Vanessa Leal, Johanna Leal, and Jorge Leal.

5.  All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   **August 10, 2009**        **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

DEFAULT JUDGMENT AND
FINAL JUDGMENT OF FORFEITURE                 2